**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

PARVIZ F. NAWAB,

      Plaintiff,

vs.                                                            Case No. 5:12-cv-130-Oc-32PRL

BANK OF AMERICA,

      Defendant.

**ORDER**

This case is before the Court on Defendant Bank of America's Motion to Dismiss Second Amended Complaint (Doc. 17) and Plaintiff Parviz F. Nawab's responses thereto (Docs. 18 & 20). Upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation, recommending that the motion be granted. (Doc. 24.) The Magistrate Judge was also "disinclined to recommend an additional opportunity to amend." (Id. at 8 n.7.)

Nawab filed objections to the Report and Recommendation. (Doc. 25.) Bank of America responded. (Doc. 26.) Nawab filed a response to that response. (Doc. 27.) Before acting on the Report and Recommendation, the Court gave Nawab an opportunity to consult with attorney Rutledge Liles to see what benefit Mr. Liles might provide. (Doc. 28.) After that consultation was completed, the Court gave Nawab additional time until June 13, 2014 to supplement his objections. (Doc. 29.) To date, Nawab has filed no supplement. The Court therefore turns now to the motion to

dismiss, the Report and Recommendation, and the parties' filings in response.

None of Nawab's objections are directed to any of the Magistrate Judge's specific findings or recommendations with the exception of perhaps one: Nawab states that, if "given adequate time," he can remedy "the minor issues before the Court." (See Doc. 25, ¶ 13.) Thus the Court addresses this objection only.[1] The Court assumes Nawab means to do so by filing another amended complaint, which the Magistrate Judge was not inclined to recommend based on Nawab's previous failures to cure the deficiencies with his complaint despite specific direction from the Court. (See Doc. 24 at 8 n.7.) In addition, the Magistrate Judge noted that Nawab has other similar cases in which he has been advised on how to amend pleadings which were similarly deficient. (Id.) Nawab has not explained or suggested how he would cure the deficiencies with his Second Amended Complaint if given more time. The undersigned is likewise disinclined to permit him to do so.

Nawab has already been afforded a chance to amend his complaint and been given specific instructions from this Court detailing the deficiencies of his pleading and how to correct them; he has still failed to state a coherent, plausible claim on which relief may be granted. Indeed, in his response to Bank of America's Motion to Dismiss

---

[1] A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made," 28 U.S.C. § 636(b)(1)(C), and must "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (citation omitted). A district judge "may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(3); see also Local Rule 6.02.

and his objections to the Report and Recommendation, Nawab does not attempt to provide any further facts or to clarify his claims for relief. The Court is mindful that the Eleventh Circuit has held that in pro se cases, the Court cannot dismiss a complaint with prejudice without first giving the plaintiff an opportunity to amend the complaint if a more carefully drafted complaint might state a claim. See Van Taylor v. McSwain, 335 F. App'x 32, 33 (11th Cir. 2009) (citations omitted). The Court has given Nawab that opportunity and believes it would be futile to allow Nawab another chance to amend his complaint given that, in addition to other pleading deficiencies, Nawab's Second Amended Complaint "does not plainly (or even inferentially) allege a violation of the [Fair Debt Collections Practices Act]." (See Doc. 24 at 6-7.)

Upon independent and de novo review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 22), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 24) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Dismiss (Doc. 17) is **GRANTED** and the case is **DISMISSED** without leave to amend.

3. The Clerk should close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of August, 2014.

TIMOTHY J. CORRIGAN
United States District Judge

bjb.
Copies:

Honorable Philip R. Lammens
United States Magistrate Judge

Counsel of Record

Pro se Plaintiff